# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2000

———————————————

VICTORIA FATER,

    Petitioner,

v.

KYLE FATER,

    Respondent.

———————————————

Amended Petition for Writ of Prohibition—Original Jurisdiction.

July 19, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Michael R. Yokan, Jacksonville, for Petitioner.

Corrine A. Bylund of Bylund Law, PLLC, Jacksonville Beach, for Respondent.